JS 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VACILIO J. AMPARAN, Jr.,<br>Plaintiff,<br>vs.<br>WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, INC., BENTLEY MORTGAGE, MATT SUNDERMEIR, STEPHEN EDWARD MIKLOS, and JSM INCORPORATED,<br>Defendants. | Case No.: CV 09-3898 DSF (JCx)<br><br>JUDGMENT |

This action came on for hearing on a motion to dismiss, the Honorable Dale S. Fischer, District Judge, Presiding. The Court ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to the motion. Plaintiff was advised that a failure to file an amended complaint by December 15, 2009, would result in a dismissal of the action with prejudice. No amended complaint was filed. Therefore,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 12/22/09

Dale S. Fischer
United States District Judge